**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROSEMARIE BAYLY,

Plaintiff,

v.

~~WALMART INC.,~~
~~WALMART STORES, INC.,~~
~~and~~ SAM'S EAST, INC.,

Defendants.

Case No. 2:25-cv-13316-TGB-EAS

Hon. Terrence G. Berg
Magistrate Judge Elizabeth A. Stafford

L.C. Case No. 25-001956-NO

---

**STIPULATED ORDER TO AMEND AND REMAND**

The parties have agreed to and have submitted to the Court, and for good cause shown, the Court hereby enters, this Order granting leave for the Plaintiff to amend their complaint to add Curbo, Inc. to the Complaint pursuant to Defendants' Notice of Non-party fault, thereby destroying complete diversity and mandating remand to state court pursuant to 28 U.S.C. § 1447(e).

It is hereby Ordered that Plaintiff be GRANTED leave to amend their complaint to add Curbo, Inc. as a Defendant and the attached amended complaint is accepted.

It is further Ordered that this case is REMANDED to the St. Clair County Circuit Court pursuant to 28 U.S.C. § 1447(e).

**IT IS SO ORDERED.**

Dated: September 29, 2026

s/Terrence G. Berg
Hon. Terrence G. Berg
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2026

By: *Brent R. Lockwood (w/ consent)*
NICOLE M. WRIGHT (P63513)
BRENT R. LOCKWOOD (P81143)
ZAUSMER, P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
(248) 851-4111/ Fax: (248) 851-0100
nwright@zausmer.com
mkeyes@zausmer.com

**Counsel for Defendants**

Dated: September 29, 2026

By: /s/ *Steven G. Batsikouras*
MARC J. MENDELSON (P52798)
STEVEN G. BATSIKOURAS (P84039)
MIKE MORSE LAW FIRM
24901 Northwestern Highway, Suite 700
Southfield, Michigan 48075
(248) 350-9050
steven.batsikouras@855mikewins.com

**Counsel for Plaintiff**